UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 3:24-CR-27-KHJ-ASH-1

SAMAON E. GREENWOOD

ORDER

Before the Court is the Government's [35] Motion to Clarify. The Government moves the Court to clarify its [33] Order's findings about the credibility of Jackson Police Department Detective Gillis Brown. [35] at 1. The Government requests this clarification to assist it in meeting its disclosure obligations in future cases. *Id.* at 2 (first citing *Brady v. Maryland*, 373 U.S. 83 (1963); and then citing *Giglio v. United States*, 405 U.S. 150 (1972)). But opining further on Brown's credibility would not affect the rights of the litigants before the Court in this case. *See Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("Federal courts may not decide questions that cannot affect the rights of litigants in the case before them" (cleaned up)). On the suppression issue placed before the Court, the [33] Order speaks for itself. Thus, the Court DENIES the Government's [35] Motion to Clarify.

SO ORDERED, this 16th day of October, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE